**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                      Case No: 6:15-bk-06856-CCJ
                                                                            Chapter 13
BENJAMIN T. REDDICK, JR.,
        Debtor.
_____/

## **SECOND AMENDED CHAPTER 13 PLAN**

**CHECK ONE:**

   \_\_\_\_\_ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

   __X__ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1.**    **MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

**(A)** $964.00 for months 1 through 60 (September, 2015-August, 2020)

**(B)** $_____ for months _____ through _____

**(C)** $_____ for months _____ through _____

To pay the following creditors:

**2.**    **ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee $_____**      **Total Paid Prepetition $_____**      **Balance Due $_____**

**Estimated Additional Fees Subject to Court Approval $_____**

**Attorney's Fees Payable through Plan $\* Monthly (subject to adjustment)**

\*see attached spreadsheet

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**3.     PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 digits of Acct. No. | Creditor | Total Claim |
|---|---|---|
|  |  |  |

**4.     TRUSTEE FEES.**   Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5.     SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**(B)     Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) **for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment**, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
| 00394 | US Bank/Rushmore | 2527 Shrimp Street, Orlando, FL 32839 | * |

*see attached spreadsheet

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or

to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Int. @ % |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Int. @ % |
|---|---|---|---|---|---|
| 3165 | Nicholas Financial | 2007 Mercedes Benz Clk 350 VIN: WDBTK56FX7T084349 | 2,818.11 | * | 5.25% |

*see attached spreadsheet

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct. No. | Creditor | Collateral Description | Regular Pmt. | Arrearages |
|---|---|---|---|---|
|  |  |  |  |  |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct. No. | Creditor | Property/Collateral |
|---|---|---|
| | | |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address |
|---|---|---|
| 5533 | US Bank Home Mort. | 2709 Tradewinds Trail, Orlando, Florida 32805 |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated in rem as to Debtor and in rem and in personam as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct. No. | Creditor | Property/Collateral Surrendered |
|---|---|---|
| | | |

**6.    LEASES/EXECUTORY CONTRACTS.**

| Last 4 Digits of Acct. No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| | | | | |

**7.    GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than **$_____**.

**8.    ADDITIONAL PROVISIONS:**

(A)  Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

(B)  Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C)  Property of the estate (check one)*

  (1)  _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

  (2)  \_\_X\_\_ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (a) or (b) above, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D)  The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E)  The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F)  Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9. **NONCONFORMING PROVISIONS:**

   **(A)  To pay a fee for services rendered by Rosalind Johnson, Esq., for services rendered to Debtor prior to November 12, 2015 (*see attached spreadsheet)**

   **(B)  Properties being treated in Wife's case that Debtor is seeking to consolidate cases:**

| Last 4 Digits of Acct. No. | Creditor | Property/Collateral Surrendered |
|---|---|---|
| 8095 | ABCO | 741 Grove Ave., Orlando, FL 32805 |
| 9611 | Santander | 2006 Mercedes M Class<br>VIN: 4JGBB86E26A081909 |
| 5533 | US Bank Home Mort. | 2709 Tradewinds Trl., Orlando, FL 32805<br>(claim treated in Case No. 6:15-172-ABB) |

By /s/ _____
Debtor

Dated: 1/13/14

## CERTIFICATE OF SERVICE

A true and correct copy of this Second Amended Chapter 13 Plan of Debtor(s) was furnished by electronic transmission or by United States mail, postage prepaid on the 14th day of January, 2016, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: robert@bransonlaw.com
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

| | | DUE DATE | | | | | | | | | | Tradwinds | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **15-bk-6856** | | 9/9/2015 | | **$5,401.00** | 10.0% | | | | | | | No claim | | $116.34 |
| | | Unsecured | | Debtor Pmt | Tee Fee | | ATTY | | MONITOR | | | US Bank | | Nicolas Finance |
| | 60 | | 60 | | | | | | | | | | | |
| 9/9/2015 | 1 | $1.58 | | $964.00 | $96.40 | | | | | | 1 | at MMM | | 53.52 |
| 10/9/2015 | 2 | $1.58 | | $964.00 | $96.40 | | | | | | 1 | at in wife's | | 53.52 |
| 11/9/2015 | 3 | $1.58 | | $964.00 | $96.40 | | | | | | 1 | at case | | 53.52 |
| 12/9/2015 | 4 | $1.58 | | $964.00 | $96.40 | | | | | | 1 | at 6:15-172 | | 53.52 |
| 1/9/2016 | 5 | $1.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 2/9/2016 | 6 | $1.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 3/9/2016 | 7 | $1.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 4/9/2016 | 8 | $1.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 5/9/2016 | 9 | $1.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 6/9/2016 | 10 | $1.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 7/9/2016 | 11 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 8/9/2016 | 12 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 9/9/2016 | 13 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 10/9/2016 | 14 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 11/9/2016 | 15 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 12/9/2016 | 16 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 1/9/2017 | 17 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 2/9/2017 | 18 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 3/9/2017 | 19 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 4/9/2017 | 20 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 5/9/2017 | 21 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 6/9/2017 | 22 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 7/9/2017 | 23 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 8/9/2017 | 24 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 9/9/2017 | 25 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 10/9/2017 | 26 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 11/9/2017 | 27 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 12/9/2017 | 28 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 1/9/2018 | 29 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 2/9/2018 | 30 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 3/9/2018 | 31 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 4/9/2018 | 32 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 5/9/2018 | 33 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 6/9/2018 | 34 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 7/9/2018 | 35 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 8/9/2018 | 36 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 9/9/2018 | 37 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 10/9/2018 | 38 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 11/9/2018 | 39 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 12/9/2018 | 40 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 1/9/2019 | 41 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 2/9/2019 | 42 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 3/9/2019 | 43 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 4/9/2019 | 44 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 5/9/2019 | 45 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 6/9/2019 | 46 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 7/9/2019 | 47 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 8/9/2019 | 48 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 9/9/2019 | 49 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 10/9/2019 | 50 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 11/9/2019 | 51 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 12/9/2019 | 52 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 1/9/2020 | 53 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 2/9/2020 | 54 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 3/9/2020 | 55 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 4/9/2020 | 56 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 5/9/2020 | 57 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 6/9/2020 | 58 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 7/9/2020 | 59 | $101.58 | | $964.00 | $96.40 | | | | | | | | | 53.52 |
| 8/9/2020 | 60 | $101.58 | 60 at | **$964.00** | $96.40 | | | | | | | | 60 at | **53.52** |
| | | $5,094.80 | | $57,840.00 | $5,784.00 | | | | | | | | | $3,211.20 |
| | | #DIV/0! | | | | | | | | | | | | |

| | | Shrimp MMM | Tradewinds | | |
|---|---|---|---|---|---|
| **15-bk-6856** | | Claim 2 | Claim 3 | | |
| | | Rushmore | US Bank Home | | JOHNSON |
| | 60 | | | | |
| 9/9/2015 | 1 | 712.50 | **1 at Strip off** | | 100.00 |
| 10/9/2015 | 2 | 712.50 | | | 100.00 |
| 11/9/2015 | 3 | 712.50 | | | 100.00 |
| 12/9/2015 | 4 | 712.50 | | | 100.00 |
| 1/9/2016 | 5 | 712.50 | | | 100.00 |
| 2/9/2016 | 6 | 712.50 | | | 100.00 |
| 3/9/2016 | 7 | 712.50 | | | 100.00 |
| 4/9/2016 | 8 | 712.50 | | | 100.00 |
| 5/9/2016 | 9 | 712.50 | | | 100.00 |
| 6/9/2016 | 10 | 712.50 | | **10 at** | **100.00** |
| 7/9/2016 | 11 | 712.50 | | | |
| 8/9/2016 | 12 | 712.50 | | | |
| 9/9/2016 | 13 | 712.50 | | | |
| 10/9/2016 | 14 | 712.50 | | | |
| 11/9/2016 | 15 | 712.50 | | | |
| 12/9/2016 | 16 | 712.50 | | | |
| 1/9/2017 | 17 | 712.50 | | | |
| 2/9/2017 | 18 | 712.50 | | | |
| 3/9/2017 | 19 | 712.50 | | | |
| 4/9/2017 | 20 | 712.50 | | | |
| 5/9/2017 | 21 | 712.50 | | | |
| 6/9/2017 | 22 | 712.50 | | | |
| 7/9/2017 | 23 | 712.50 | | | |
| 8/9/2017 | 24 | 712.50 | | | |
| 9/9/2017 | 25 | 712.50 | | | |
| 10/9/2017 | 26 | 712.50 | | | |
| 11/9/2017 | 27 | 712.50 | | | |
| 12/9/2017 | 28 | 712.50 | | | |
| 1/9/2018 | 29 | 712.50 | | | |
| 2/9/2018 | 30 | 712.50 | | | |
| 3/9/2018 | 31 | 712.50 | | | |
| 4/9/2018 | 32 | 712.50 | | | |
| 5/9/2018 | 33 | 712.50 | | | |
| 6/9/2018 | 34 | 712.50 | | | |
| 7/9/2018 | 35 | 712.50 | | | |
| 8/9/2018 | 36 | 712.50 | | | |
| 9/9/2018 | 37 | 712.50 | | | |
| 10/9/2018 | 38 | 712.50 | | | |
| 11/9/2018 | 39 | 712.50 | | | |
| 12/9/2018 | 40 | 712.50 | | | |
| 1/9/2019 | 41 | 712.50 | | | |
| 2/9/2019 | 42 | 712.50 | | | |
| 3/9/2019 | 43 | 712.50 | | | |
| 4/9/2019 | 44 | 712.50 | | | |
| 5/9/2019 | 45 | 712.50 | | | |
| 6/9/2019 | 46 | 712.50 | | | |
| 7/9/2019 | 47 | 712.50 | | | |
| 8/9/2019 | 48 | 712.50 | | | |
| 9/9/2019 | 49 | 712.50 | | | |
| 10/9/2019 | 50 | 712.50 | | | |
| 11/9/2019 | 51 | 712.50 | | | |
| 12/9/2019 | 52 | 712.50 | | | |
| 1/9/2020 | 53 | 712.50 | | | |
| 2/9/2020 | 54 | 712.50 | | | |
| 3/9/2020 | 55 | 712.50 | | | |
| 4/9/2020 | 56 | 712.50 | | | |
| 5/9/2020 | 57 | 712.50 | | | |
| 6/9/2020 | 58 | 712.50 | | | |
| 7/9/2020 | 59 | 712.50 | | | |
| 8/9/2020 | 60 | **60 at 712.50** | | | |
| | | $42,750.00 | | | $1,000.00 |

Case 6:15-bk-06856-ABB    Doc 43    Filed 01/13/16    Page 8 of 10

```
Label Matrix for local noticing          Nicholas Finanical Inc              U.S. Bank National Association
113A-6                                   9210 King Palm Drive                c/o Nicole Mariani Noel, Esq.
Case 6:15-bk-06856-CCJ                   Tampa, FL 33619-8332                PO Box 800
Middle District of Florida                                                   Tampa, FL 33601-0800
Orlando
Wed Jan 13 13:39:17 EST 2016

United States Trustee - ORL7/13 7        ABCO Fund, LLC                      (p)AMERICREDIT
Office of the United States Trustee      c/o Robert F Hoogland               PO BOX 183853
George C Young Federal Building          P.O. Box 160021                     ARLINGTON TX 76096-3853
400 West Washington Street, Suite 1100   Altamonte Springs, FL 32716-0021
Orlando, FL 32801-2210

BellSouth Telecommunications             Citifinancial                       Clarfield Okon Salomone
% AT&T Services Inc                      605 Munn Road                       & Pincus, PL
One AT&T Way Room 3A104                  Fort Mill, SC 29715-8421            500 S. Australian Ave
Bedminster, NJ 07921-2694                                                    Suite 730
                                                                             West Palm Beach, FL 33401-6237

FFCC Clvland                             Florida Department of Revenue       GM Financial
24700 Chargin Blvd                       Bankruptcy Unit                     P.O. Box 181145
Suite 2                                  Post Office Box 6668                Arlington, TX 76096-1145
Cleveland, OH 44122-5647                 Tallahassee FL 32314-6668

Internal Revenue Service                 Ira Scot Silverstein. LLC           Ira Scott Silverstein, Esq
Post Office Box 7346                     2900 Cypress Road #6                2001 West Sample Road
Philadelphia PA 19101-7346               Ft. Lauderdale, 33309               Suite 315
                                                                             Pompano Beach, FL 33064-1346

Nicholas Financial Inc                   Orange County Tax Collector         Orlando Federal Credit Union
2454 Mcmullen Booth Road                 PO Box 545100                       111 S. Westmoreland
Clearwater, FL 33759-1343                Orlando FL 32854-5100               Orlando, FL 32805

Quantum3 Group LLC as agent for          Rushmore Loan Management Svc        Rushmore Loan Management Svc
Wollemi Acquisitions, LLC.               15480 Laguana Canyon                P.O. Box 55004
PO Box 788                               Irvine, CA 92618-2132               Irvine, CA 92619-5004
Kirkland, WA  98083-0788

Santander Consumer, USA                  Susan L. Reddick                    U.S. Bank National Association
1200 South Pine Island Road              741 Grove Ave                       Rushmore Loan Management Services, LLC
Plantation, FL 33324-4413                Orlando, FL 32805-3125              P.O. Box 55004
                                                                             Irvine, CA 92619-5004

(p)US BANK                               US Bank Home Mortgage               Benjamin T Reddick Jr
PO BOX 5229                              4801 Frederica Street               2527 Shrimp Street
CINCINNATI OH 45201-5229                 Owensboro, KY 42301-7441            Orlando, FL 32839-5265

Laurie K Weatherford                     Robert B Branson                    Rosalind B Johnson
Post Office Box 3450                     BransonLaw PLLC                     The Johnson Firm PA
Winter Park, FL 32790-3450               1501 E. Concord Street              P.O. Box 1056
                                         Orlando, FL 32803-5411              Ocoee, FL 34761-1056
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit Financial Svcs
dba GM Financial
P.O. Box 183853
Arlington, TX 76096

U.S. Bank National Association
c/o U.S. Bank Home Mortgage
a division of U.S. Bank NA
4801 Frederica Street
Owensboro, Kentucky 42301


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)U.S. Bank National Association

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30