ORDERED.

**Dated:  February 18, 2016**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                    Case No: 6:15-bk-06856-CCJ

BENJAMIN T. REDDICK, JR.,                                Chapter 13
        Debtor.

_____/

### AGREED ORDER GRANTING DEBTOR'S VERIFIED MOTION TO STRIP JUNIOR LIEN OF US BANK, NA, AND FOR DETERMINATION THAT CLAIM IS UNSECURED

This case came on for consideration of Debtor's Verified Motion to Strip Junior Lien of US Bank, NA, ("Creditor") and for Determination that Claim 3 is Unsecured [the "motion"] (Doc. 44), and the Response (Doc. 45) filed by US Bank, NA, and the Court having reviewed the file and Motion, and being advised of the Agreement of the parties, it is **ORDERED:**

1.        The motion is GRANTED.

2.        Creditor has a junior mortgage lien recorded at OR Book 9360, Page 4807, of the public records of Orange County, Florida, on Debtor's real property, described as:

> **2709 Tradewinds Trl., Orlando, FL 32805**
> **Parcel ID# 04-23-29-3866-05-590**

**THIS SPACE INTENTIONALLY LEFT BLANK**

3.        Because senior mortgage liens exceed the value of the property, the claim of Creditor shall be treated as an unsecured claim in this case.

4.    Creditor's junior lien is void pursuant to 11 USC 506(d) and automatically extinguished upon completion of the plan or entry of an Order of Discharge pursuant to 11 US 1328.

5.    Debtor shall not sell or refinance the property without further order of Court upon proper notice.

**Agreed to:**

/s/ Robert B. Branson\
BransonLaw, PLLC\
Robert B. Branson, Esquire\
Florida Bar Number: 800988\
1501 East Concord Street\
Orlando, FL  32803\
(407) 894-6834\
Attorney for Debtor

/s/ Austin M. Noel\
Buckley Madole, P.C.\
Austin M. Noel, Esquire\
Florida Bar Number 106539\
P.O. Box 22408\
Tampa, FL 33622\
(813)-774-6221\
Attorney for Creditor

Attorney Robert B. Branson is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.