ORDERED.

Dated: February 23, 2016

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

BENJAMIN T. REDDICK, JR.            Chapter 13
                                    Case No.:  6:15-bk-06856-CCJ

        Debtor.
_____/

ORDER VACATING AGREED ORDER
GRANTING MOTION TO DETERMINE SECURED
STATUS AND TO STRIP LIEN OF US BANK, NA.

This case came before the Court on the Court's own Motion. The Agreed Order Granting Motion to Determine Secured Status and to Strip Lien Effective Upon Discharge of US Bank, NA (Doc. No. 54; the "Order") was signed by the Court in error and entered February 18, 2016. Accordingly, it is

ORDERED that the Order (Doc. No. 54) is vacated.

Clerk's office to serve